UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 16-cr-20-pp

JONATHAN FERRARO,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL CASE
(DKT. NO. 18)**

---

This case has been under seal since it was transferred from the Northern District of California to this court in January 2016. On April 11, 2019, the government filed a motion asking the court to unseal the case, but to continue to restrict from public view any documents which were accompanied by a motion to seal and the minutes from the April 11, 2019 hearing. Dkt. No. 18.

The court **GRANTS** the government's motion to unseal the case. Dkt. No. 18. The court **ORDERS** that the clerk's office shall continue to restrict from public view until further order of the court the documents at docket numbers 5, 6, 11, 14, 15, 16, and 19.

Dated in Milwaukee, Wisconsin this 17th day of April, 2019.

                                                                           **BY THE COURT:**

                                                                     _____
                                                                     **HON. PAMELA PEPPER
                                                                     United States District Judge**